**Order entered January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01330-CV

### JOHN C. GOLFIS, ET AL., Appellants

### V.

### EDWARD "LANNY" HOUILLION, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-13053**

## ORDER

We **GRANT** appellants' January 17, 2014 motion for an extension of time to file a notice of accelerated appeal.  The notice of accelerated appeal filed on September 18, 2013 is deemed timely for jurisdictional purposes.

Appellants' brief is due **FEBRUARY 11, 2014**.  *See* TEX. R. APP. P. 38.6(a).

/s/    ADA BROWN
       JUSTICE